MORGAN & MORGAN

October 14, 2026

Hon. Vera M. Scanlon
Chief Magistrate Judge
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

Re: *Leon Layne v. American Airlines, Inc.*, 1:25-cv-00823-VMS
Notice of Tentative Settlement

Your Honor:

I represent Plaintiff Leon Layne. I write to advise the Court that the parties have reached a tentative settlement of this action. The parties are working diligently to finalize the settlement paperwork.

Plaintiff respectfully requests that the Court set a deadline of forty-five days from the date of this letter for the parties to file a stipulation of dismissal or otherwise update the Court on the status of the settlement. Defendant's counsel consents to this request.

Thank you for the Court's consideration.

Respectfully submitted,

*/s/ Nicholas Gerschman*
Nicholas Gerschman
MORGAN & MORGAN NEW YORK PLLC

cc: All Counsel via CM/ECF